UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ST. PAUL SURPLUS LINES INSURANCE CO., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-07-2724 |
| | § | |
| COX OPERATING, LLC, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

The parties' agreed oral motion to consolidate is GRANTED. It is therefore ORDERED that Civil Action 4:08cv1382 Cox Operating, LLC v. St Paul Surplus is CONSOLIDATED into the above styled cause of action, where all future filings are to be made. The Clerk shall transfer all filings in Civil Action 4:08cv1382 to the surviving case, which the parties need not re-file.

Signed at Houston, Texas on May 22, 2008.

_____
Gray H. Miller
United States District Judge